**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00279-CV

### YVONNE BROWN, Appellant

### V.

### FALLS ON CLEARWOOD, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07137-A**

## ORDER

The supplemental clerk's record, if any, in this case is overdue. By order dated January 10, 2103, we ordered the Dallas County Clerk to file, within ten days, a supplemental clerk's record containing all papers from the Justice Court filed with the County Court in this case. To date, the supplemental clerk's record has not been filed. Nor have we received any correspondence from the County Clerk regarding the status of the supplemental clerk's record. This appeal cannot proceed until the issue of the supplemental clerk's record is resolved.

Therefore, the Dallas County Clerk is **ORDERED** to file, within **FIVE DAYS**, either (1) a supplemental clerk's record containing all papers from the Justice Court filed with the County Court in this case; or (2) written verification that no such papers were filed in this case.

Appellant's brief in this case is due within **THIRTY DAYS** of the filing of the supplemental clerk's record or written verification that the requested records have not been filed in this case. We **CAUTION** appellant that no extensions will be granted and that failure to timely file a brief in this case will result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8; 42.3.

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission, to all parties and to:

John F. Warren
Dallas County Clerk
Records Building, 2nd Floor
509 Main St., Suite 200
Dallas, TX 75202

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE